1 | JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
3 | Telephone: (949) 722-0055
Fax:(949) 722-8416
4
Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-7997 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Norman A. Perry, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Norman A. Perry, in the principal amount of $2,774.40 plus interest accrued to September 12, 2012, in the sum of $3,728.07; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,502.47**.

DATED: 10/31/2012           By:  TERRY NAFISI
                                 Clerk of the Court


                                 L. RAYFORD
                                 Deputy Clerk
                                 United States District Court

Page 5